IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAIME CHAVEZ-VILLASENOR, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and in order to accommodate a change in the undersigned's schedule,

IT IS ORDERED that the defendant's sentencing is continued to Tuesday, August 7, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

May 30, 2007.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge